**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| SUSAN PRICE, *et al.*, | |
| Plaintiffs, | |
| v. | Case No. 1:26-cv-01038-JMC |
| ISLAMIC REPUBLIC OF IRAN, *et al.,* | |
| Defendants. | |

### PLAINTIFFS' MOTION FOR LEAVE TO ATTEMPT ALTERNATIVE SERVICE OFPROCESS ON DEFENDANTS BANK MARKAZI JOMHOURI ISLAMI IRAN, BANK MELLI IRAN, AND NATIONAL IRANIAN OIL COMPANY PURSUANT TO 28 U.S.C. § 1608(b)(3)(C)

Plaintiffs, by and through undersigned counsel, respectfully move this Court for an Order permitting Plaintiffs to attempt alternative service of process on Defendants Bank Markazi Jomhouri Islami Iran (a/k/a Central Bank of the Islamic Republic of Iran), Bank Melli Iran, and the National Iranian Oil Company (collectively, the "Instrumentality Defendants") pursuant to 28 U.S.C. § 1608(b)(3)(C).

As set forth in the accompanying Declaration ("Declaration"), Plaintiffs have undertaken diligent efforts to effect service of process through the methods as prescribed by U.S.C. §1608(b). Specifically, counsel investigated the availability of international mail and courier service to Iran through the United States Postal Service ("USPS"), DHL, FedEx, and UPS (collectively, the "International Couriers"). See Decl. ¶¶ 2–5.

As detailed in the Declaration, all International Couriers have suspended acceptance of shipments to Iran due to the ongoing logistical disruptions arising from the conflict in the Middle

East. See Decl. ¶¶ 3–4. & Ex. A. These suspensions remain in effect, and shipments to Iran are not available. *Id.*

Because no international courier—including the USPS, FedEx UPS, or DHL—currently deliver packages from the United States to the Islamic Republic of Iran, Plaintiffs are unable to effect service by mail requiring a signed receipt under 28 U.S.C. §1608(b)(3)(B) , or through any other reasonably available traditional means. See Decl. ¶¶ 3–4.

Accordingly, Plaintiffs respectfully request the Court authorize service pursuant to 28 U.S.C. § 1608(b)(3)(C) by alternative means reasonably calculated to give actual notice to Defendants, including:

1. Service via electronic mail to known or reasonably identifiable email addresses associated with Defendants;

2. Service via international courier to Defendants' known foreign offices, if applicable, including Bank Melli Iran's Paris branch at 43 Avenue Montaigne, Paris, France; and

3. Any other means the Court deems appropriate.

On April 16, 2026, in *Estate of Philippon, et al., v. Islamic Republic of Iran, et al.,* Case No. 1:26-cv-00242-ACR (D.D.C.), the Court granted Plaintiffs' Motion for Alternative Service with respect to Defendants Bank Markazi Jomhouri Islami Iran, Bank Melli Iran, and the National Iranian Oil Company. The Court held that because there was "no special arrangement for service," no applicable international convention, and because "all international couriers have suspended shipments to Iran," Plaintiffs could not effect service pursuant to 28 U.S.C. § 1608(b)(1)-(2) or § 1608(b)(3)(B). The Court therefore authorized alternative service pursuant to § 1608(b)(3)(C), including service by email and service upon the Instrumentality Defendants' foreign offices.

Minute Order, *Estate of Philippon, et al., v. Islamic Republic of Iran, et al.,* No. 1:26-cv-00242-ACR (D.D.C. Apr. 16, 2026).

Plaintiffs respectfully submit that the same circumstances are present here and that alternative service is likewise warranted.

Respectfully submitted,

Dated: May 18, 2026   /s/  J. Christopher Klotz
           J. Christopher Klotz, Esq.
           **AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLC**
           17 E. Main Street, Suite 200
           Pensacola, FL 32502
           P: 850-202-1010
           F: 850-916-7449
           Email: cklotz@awkolaw.com
              atteam@awkolaw.com

           **Attorney for Plaintiffs, Price, et al.**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 18th day of May 2026, a true and correct copy of the foregoing Plaintiffs' Motion for Leave to Attempt Alternative Service of Process on Defendants was filed electronically with the Clerk of Court using the CM/ECF system which will send a notification of such filing on all counsel of record.

         */s/ J. Christopher Klotz*
         J. Christopher Klotz