**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SUSAN PRICE, *et al.*, <br><br><br> Plaintiffs, <br><br><br> v. <br><br> ISLAMIC REPUBLIC OF IRAN, *et al.,* <br><br> Defendants. | Case No. 1:26-cv-01038-JMC |

**DECLARATION OF CHELSIE WARNER IN SUPPORT OF MOTION**
**FOR LEAVE TO ATTEMPT ALTERNATIVE SERVICE OF PROCESS ON**
**DEFENDANTS BANK MARKAZI JOMHOURI ISLAMI IRAN, BANK MELLI IRAN,**
**AND NATIONAL IRANIAN OIL COMPANY**

I, Chelsie Warner, declare under penalty of perjury under the law so the United States that the following is true and correct:

1. I am an attorney with duly licensed to practice before this Court and serve as counsel of record for Plaintiffs in the above-captioned matter. I have personal knowledge of facts set forth in this Declaration, and if called as a witness, I could and would testify competently thereto.

2. In connection with service of process or other mailings to Defendants Bank Markazi Jomhouri Islami Iran, Bank Melli Iran, and National Iranian Oil Company (collectively "Instrumentality Defendants"), each of whom has an address in Iran, my firm and I undertook diligent efforts to determine availability of international mail service to Iran through the United States Postal Service (USPS), DHL, Fed Ex, and UPS (collectively, the "International Couriers").

3. I have reviewed the methods of service set forth in 28 U.S.C. § 1608(b)(1) and (b)(2) and determined that those methods are unavailable or impracticable under the circumstances. Specifically, there is no special arrangement for service between Plaintiffs and Instrumentality Defendants; no applicable international convention applies; and Iran is not a Hague Convention signatory for this purpose.

4. On May 13, 2026, I accessed the service alerts on the websites of each of the International Couriers and confirmed that they had suspended acceptance of all shipments destined to Iran due to the on-going logistical impacts related to the conflict in the Middle East, effective as of March 3, 2026.

5. Then on May 13, 2026 my firm and I further contacted the International Courriers by telephone and representatives of those entities confirmed the service suspensions remain in effect and that shipments to Iran are not being accepted.

6. Based on the foregoing and my investigation, I am not aware of any reliable method to effectuate service of process on Instrumentality Defendants in Iran through traditional means.

7. The alternative methods requested by Plaintiffs, including service via electronic mail and service on Instrumentality Defendants' known foreign offices, are reasonably calculated to provide Defendants with actual notice of this action.

8. Attached hereto as Exhibit A is a true and correct copies of the service alerts issued by the International Couriers reflecting the suspension of deliveries to Iran.

I declare under the penalty of perjury that the foregoing is true and correct.

Chelsie Warner

_____

Executed on May 13, 2026                Chelsie Warner, Esq.