# Exhibit A

# United States Postal Service®

# INDUSTRY*ALERT*

**March 3, 2026**

## International Service Suspension Notice

**EFFECTIVE IMMEDIATELY**

The Postal Service is temporarily suspending acceptance of items destined to the following countries, due to logistics impacts resulting from the conflict in the Middle East:

- **Algeria**
- **Armenia**
- **Bahrain**
- **Djibouti**
- **Eritrea**
- **Iran**
- **Iraq**
- **Israel**
- **Kuwait**
- **Libya**
- **Madagascar**
- **Oman**
- **Pakistan**
- **Qatar**
- **Seychelles**
- **Syria**
- **Tanzania**
- **United Arab Emirates**

##

Please visit us on the USPS *Industry Alerts and Notices* website.
Thank you for your support of the United States Postal Service.
Industry Engagement & Outreach/Office of the Chief Customer and Marketing Officer

To subscribe or unsubscribe to Industry Alerts, please hit reply and send us your request. Or mail your request to:
Attn: Industry Engagement & Outreach
475 L'Enfant Plaza SW, RM 4411
Washington DC 20260

**Privacy Notice:** For information regarding our privacy policies, visit www.usps.com/privacypolicy

---------- Forwarded message ---------

From: **Fitzgerald, Neil M - Washington, DC** <Neil.M.Fitzgerald@usps.gov>

Date: Wed, Apr 8, 2026, 10:23 AM

Subject: International Service Suspension - Iran

To: ████████████████████████████████

Good morning, sir.

Thank you for reaching me with your inquiry regarding the current United States Postal Service policy on acceptance of items destined to the country of **Iran**.

- On March 3rd, 2026, USPS announced the temporary suspension of acceptance of items destined to Iran due to logistical impacts resulting from the ongoing conflict in the Middle East.

Below is a link to our current list International Service Disruptions.

Please feel free to contact me with any further questions you may have.

Thank you.

USPS.COM - International service disruptions



Neil Fitzgerald

United States Postal Service

Headquarters Retail and Delivery Command Center

Neil.M.Fitzgerald@usps.gov

HQ CRDO Command Center





**Import/Export**

United States to Iran (Islamic Republic of)

Country or Territory Regulations Topics:

**No Service Available**

NOTE: **Information provided by UPS is provided AS IS, may not be current, and does not constitute legal advice. In no event shall UPS be liable for any errors in the information, forms or features made available by UPS, or by any third party site linked to from UPS. Selection and completion of proper forms for any given shipment is the sole responsibility of the shipper. All shipments are subject to the UPS Terms and Conditions of Service in effect at the time of shipping for the country or territory of origin.**

**This website uses cookies and analytics technologies**

We do this to better understand how visitors use our site and to offer you a more personal experience  By using our website, you consent to the recording, use, and sharing of your website activity by us and our service providers  For more information, please visit our  **Privacy Notice**

Cookie Settings

  

# FedEx service alerts and shipping updates

**SIGN UP FOR SERVICE ALERTS**

Track your shipment



Active service disruptions

**SERVICE DISRUPTIONS**    **POTENTIAL CAUSES**    **MANAGE YOUR SHIPMENT**

**Middle East Service Update**

FedEx is closely monitoring developments in the Middle East and has implemented contingency measures for service to and from the region. We are providing pickup and delivery services where it is safe to do so and in line with local guidance. Customers shipping to or from the region will experience extended transit times.

The safety and security of our team members is our top priority, alongside our commitment to providing the best possible service for our customers.

For the latest shipment status information, track your shipment at fedex.com. Please continue to check this page for updates.

Consistent with the provisions of the FedEx Service Guide, affected shipments are not eligible for a refund or credit under the Money-Back Guarantee policy.

*Last updated March 24, 2026*

**Russia and Belarus Service Suspension**

All Russian and Belarusian FedEx International services continue to be suspended until further notice.

*Initially reported February 24, 2022; Last confirmed January 26, 2026*

# Conditions that may impact shipping and delivery services

Whether you're waiting on a special purchase, shipping goods to customers, or sending that special gift to a loved one, you rely on us. But sometimes we face conditions or situations out of our control that create delivery issues. These can include weather-related shipping disruptions or delays, natural disasters, power outages, special events, and more.

Use this page to check our current service alerts. You'll also find information about what shippers and recipients can do to take more control of their shipments when faced with a FedEx weather delay or other service disruption.

SERVICE DISRUPTIONS    POTENTIAL CAUSES    **MANAGE YOUR SHIPMENT**



## Better tracking, security, and control

FedEx Delivery Manager® keeps you informed of your shipment's progress, so you can make decisions that improve its security and ensure convenience. Sign up and start redirecting packages, placing vacation holds, getting alerts and notifications, specifying delivery instructions, and more. All for free.

And be sure you're getting the most out of FedEx Delivery Manager by downloading the FedEx Mobile app.





SERVICE DISRUPTIONS    POTENTIAL CAUSES    **MANAGE YOUR SHIPMENT**





## Make proactive decisions with predictive insights

Clear shipment visibility and control puts you in the driver's seat. The FedEx Surround monitoring and intervention suite gives you near real-time data. So you can prioritize shipments, request intervention, and mitigate risk.

**EXPLORE FEDEX SURROUND**



## Now live: A secure way to pay import fees.

The new FedEx Import Tool makes it easy to pay international duties and taxes. If you don't have a FedEx shipping account, you can opt in for notifications, review fees, and pay instantly—all through our secure portal.

**LEARN ABOUT THE TOOL**

SERVICE DISRUPTIONS    POTENTIAL CAUSES    **MANAGE YOUR SHIPMENT**

# Potential causes for delivery delays



## Weather and other service disruptions

Seasonal weather events (such as severe winter storms or wildfires) and other disruptions (such as power outages, special events, and national emergencies) may occur and cause delays for inbound and outbound shipments. Our top priorities are the safety and well-being of our team members and providing the best service to our customers.



## Technology and network updates

Occasionally, technology and network updates or issues can cause service disruptions or impact our customers. When such situations arise, we work vigorously to assess those issues and take any necessary actions.

Learn more about <u>tracking terminology and delivery statuses</u>, and stay informed by <u>signing up for email notifications</u>.

SERVICE DISRUPTIONS    POTENTIAL CAUSES    **MANAGE YOUR SHIPMENT**

**Shipping regulated or dangerous goods?**

Be sure to stay up-to-date with the latest regulatory news and alerts.

## If a package hasn't shipped...

Shippers can:                Recipients can:

- Check our active service alerts to see if any impact the package's origin or destination area.
- Contact the recipient to make sure they're able to receive a package in the event there is a shipping delay.
- Select "hold at location" when you create the shipping label (expedited or standard parcel shipments only). The recipient will be able to pick up their package at a FedEx retail network location near them.

SERVICE DISRUPTIONS   POTENTIAL CAUSES   **MANAGE YOUR SHIPMENT**



Read more about tracking and managing deliveries.

## If a package has already been shipped...

Shippers can:              Recipients can:

**SERVICE DISRUPTIONS   POTENTIAL CAUSES   MANAGE YOUR SHIPMENT**



**Via FedEx Express or FedEx Ground services**

**Request to redirect the package to a FedEx location to be held for pickup.**

- They'll hold it for pickup for the recipient at no additional charge.

**Request to reroute the package to a different address by calling 1.800.GoFedEx 1.800.463.3339.**

- Reroute requests are subject to restrictions and additional transportation fees and surcharges. Read the FedEx Service Guide to learn more.

**Have the package returned to them by calling 1.800.GoFedEx 1.800.463.3339.**

- Reroute requests are subject to restrictions; packages delivered to addresses other than the original destination may be subject to additional transportation fees and surcharges as outlined in the FedEx Service Guide.

SERVICE DISRUPTIONS    POTENTIAL CAUSES    MANAGE YOUR SHIPMENT



**Via FedEx Freight® services**

**Request to have the shipment held at the destination service center for the recipient.**

- To request a hold, shippers should go to the FedEx Freight Locations page, enter the ZIP code to find the service center nearest the recipient, and call the service center to request the hold.
- Shippers can also call Customer Service at 1.866.393.4585.



SERVICE DISRUPTIONS    POTENTIAL CAUSES    **MANAGE YOUR SHIPMENT**



## Manage your shipment in a minute

You may not be able to control the weather or a parade, but you can take more control of your shipments. With FedEx Delivery Manager, you can track packages, receive notifications and alerts, request package redirects, and even tell us not to ring the doorbell.

**TAKE MORE CONTROL**

**FedEx.**   Shipping ∨   Tracking ∨   Printing Services ∨   Locations ∨   Support ∨        Martin Jones 👤    🔍

SERVICE DISRUPTIONS    POTENTIAL CAUSES    **MANAGE YOUR SHIPMENT**

# Welcome back, Martin

**MANAGE DASHBOARD**

⚠ 1
EXCEPTION

➔ 9
OUT FOR DELIVERY

✓ 0
DELIVERED TODAY

ALL SHIPMENTS
10

FILTERS ∨        EDIT COLUMNS ∨        VIEWS ∨        🔍    ☰ 🖥 📅

| TRACKING ID | STATUS | RECIPIENT NAME | RECIPIENT COMPANY | RECIPIENT CITY |
|---|---|---|---|---|
| ⋮ 772980724280 | ⚠ Exception — Unable to Deliver Shipment, Returned... | Chris Smith | ACME Inc | Bangor, ME |
| ⋮ 912980724284 | ➔ Out for Delivery — On a FedEx Vehicle for Delivery | Mike Smith | XYZ Parts | Cambridge, MA |
| ⋮ 232980324111 | ➔ Out for Delivery — On a FedEx Vehicle for Delivery | Chris Smith | ACME Inc | Miami, FL |
| ⋮ 772981124322 | ➔ Out for Delivery — Departed FedEx Location, Blooming... | Katie Jackson | ABC Worldwide | Cambridge, MA |

## Put custom tracking on full display

If you frequently ship or receive multiple packages at once, service delays are sure to be a concern. Use your customized tracking dashboard to get visibility of up to 20,000 active shipments. You'll also have the ability to notify others about their shipment's status via email.

**TRACK MULTIPLE PACKAGES**

# Need more help?



Find answers to common questions in our FAQ Hub.

**SERVICE DISRUPTIONS   POTENTIAL CAUSES   MANAGE YOUR SHIPMENT**



Learn how you can take more control of your shipments.

**EXPLORE TOOLS**



Get answers from customer support.

**REACH OUT FOR HELP**

© FedEx 1995-2026

Site Map  |  Cookie Consent  |  Terms of Use  |  Privacy & Security  |  Ad Choices

DHL not taking items but cannot find a formal staement on your website

I understand your concern and apologize for the inconvenience

Paul, for security and the safety of your shipment and to provide further assistance, may I please have the following required information:

The shipment Tracking Number:

Your Full Name:

Address the shipment is being sent to (including city, state and zip code):

Your Telephone Number (no spaces or hyphens):

Your Email address:

Do you have an international business based in the US?

We have n ot shipped yet, AWKO PLC 17E E Main St Pensacola, FL 32502. My email is ppayton@awkolaw.com

full name is Paul Payton

Thank you Paul. I understand your concern and apologize for the inconvenience. Unfortunately we are not shipping to Iran