**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| SUSAN PRICE, *et al.*,<br><br>              Plaintiffs,<br><br>       v.<br><br>ISLAMIC REPUBLIC OF IRAN, *et al.,*<br><br>              Defendants. | Case No. 1:26-cv-01038-JMC |

**[PROPOSED] ORDER FOR LEAVE TO ATTEMPT ALTERNATIVE SERVICE OF PROCESS ON DEFENDANTS BANK MARKAZI JOMHOURI ISLAMI IRAN, BANK MELLI IRAN, AND NATIONAL IRANIAN OIL COMPANY**

Upon consideration of Plaintiffs' Motion for Leave to Attempt Alternative Service of Process on Defendants Bank Markazi Jomhouri Islami Iran, Bank Melli Iran, and National Iranian Oil Company, and Plaintiffs' request for alternative service pursuant to 28 U.S.C. § 1608(b)(3)(C), and for good cause shown, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that Plaintiffs are authorized to serve Defendants by the alternative means set forth in the motion.

**SO ORDERED**.

Dated:_____          _____

                                        Jia M. Cobb
                                        United States District Judge