**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SUSAN PRICE, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>ISLAMIC REPUBLIC OF IRAN, *et al.,*<br><br>    Defendants. | Case No. 1:26-cv-01038-JMC |

**<u>EFFECT SERVICE UNDER 28 U.S.C. § 1608(b)(3)(B) AND
INTENT TO PROCEED UNDER 28 U.S.C. § 1608(b)(3)(C)</u>**

Plaintiffs, by and through undersigned counsel, hereby provide notice to the Court that service of process cannot be effected on Defendants Bank Markazi Jomhouri Islami Iran, Bank Melli Iran, and the National Iranian Oil Company (collectively, the "Instrumentality Defendants") pursuant to 28 U.S.C. § 1608(b)(3)(B).

As set forth in the accompanying Declaration of Counsel, Plaintiffs undertook diligent efforts to confirm the availability of international mail and courier service to Iran through the United States Postal Service ("USPS"), DHL, FedEx, and UPS. These efforts confirmed that all major international carriers have suspended acceptance of shipments to Iran due to ongoing logistical disruptions arising from the conflict in the Middle East. See Decl. ¶¶ 3–5 & Ex. A.

Because no international courier currently accepts shipments from the United States to Iran, service by mail requiring a signed receipt under 28 U.S.C. § 1608(b)(3)(B) is not possible at this time.

1

Accordingly, Plaintiffs respectfully proceed under 28 U.S.C. § 1608(b)(3)(C) and seek Court authorization for alternative service as set forth in their Motion [ECF No. 14].

Respectfully submitted,

Dated: May 18, 2026

/s/ J. Christopher Klotz
J. Christopher Klotz, Esq.
**ALYSTOCK WITKIN KREIS & OVERHOLTZ, PLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
P: 850-202-1010
F: 850-916-7449
Email: cklotz@awkolaw.com
     atteam@awkolaw.com

**Attorney for Plaintiffs, Price, et al.**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 18th day of May 2026, a true and correct copy of the foregoing Plaintiffs' Notice Regarding Inability to Effect Service was filed electronically with the Clerk of Court using the CM/ECF system which will send a notification of such filing on all counsel of record.

/s/ J. Christopher Klotz
J. Christopher Klotz